IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WARREN SKILLERN, | ) |
| Plaintiff, | ) |
| v. | ) CV 309-030 |
| CAPTAIN BURNETTE, Warden at Telfair State Prison, and DR. CHENEY, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion to proceed *in forma pauperis* (doc. no. 6) is **MOOT**, his "Provisional Motion to Nol Pros" (doc. no. 10) is **DENIED**, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 22nd day of October, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE